# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04CR55-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FREDERICK L. ENGLE, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. It having come to the Court's attention that its prior sentence will not be carried out as ordered, the Court's oral sentence of February 21, 2006 is hereby **VACATED**. Defendant will be scheduled for resentencing at a future sentencing date.

**IT IS SO ORDERED.**

Signed: March 20, 2006

Graham C. Mullen
United States District Judge