UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICK L. ENGLE,<br><br>Defendant. | CASE NO. 03:04CR55-MU |

## **ORDER**

The Defendant has moved the Court to direct the Probation Office to not implement his probationary condition of house arrest/electronic monitoring until the Government's time to file a Notice of Appeal has run, and to withdraw, at the Probation Officer's request, the condition that the Defendant be drug tested. The Defendant has shown good cause for the granting of this Motion and the Government and Probation Office do not object to it.

IT IS THEREFORE ORDERED that the Defendant's Motion is **GRANTED**. The Probation Office is directed not to implement the condition of house arrest/electronic monitoring unless and until the Government files a Notice of Appeal or the time for doing this has expired. Further, the condition of probation that the Defendant be drug tested is

hereby **VACATED.**

Signed: April 22, 2008

*[signature]*

Graham C. Mullen
United States District Judge