IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:04CR55-001 |
| | ) | (Financial Litigation Unit) |
| FREDERICK L. ENGLE. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and ARVEST BANK:

A judgment was entered on May 26, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Frederick L. Engle, whose last known address is XXXXXXXXXXXXX, Charlotte, North Carolina 28207, in the sum of $620,649.00. The balance on the account as of July 5, 2011, is $620,549.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Arvest Bank is commanded to **turn over property** in which the defendant, Frederick L. Engle, has a substantial nonexempt interest, said property being funds located in Arvest Bank accounts including, but not limited to, any and all checking accounts, savings accounts, certificates of deposit, and individual retirement accounts (IRA), held in the name of Frederick L. Engle at the following address: Arvest Bank, 5000 Rogers Avenue, Fort Smith, Arkansas 72903, Attention: Chris Simpkins, Risk Management Support.

Signed: July 5, 2011

David C. Keesler
United States Magistrate Judge